**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WORLDWIDE FREIGHT SERVICES, INC.
d/b/a UNITED AMERICAN LINE,

Plaintiff,

vs.

FAST TRADE IN, LLC

Defendant.

Civil Action No. 1:25-cv-05252-AS

**DEFAULT JUDGMENT**

This action having been commenced on June 24, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Fast Trade In, LLC, by personal service on Shirum Kharwa, its manager, authorized to accept service, on July 1, 2025 and proof of service therefor was filed on July 9, 2025 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $19,858.00 with interest at 3.75% (weekly average 1-year constant maturity Treasury yield) from June 24, 2025 through December 31, 2026 (190 days @ $2.04/day = $387.60) in the amount of $387.60, plus costs and disbursements in the amount of $575.00, amounting in all to **$20,820.60**.

Dated: New York, New York
July 28, 2026

U.S.D.J.